IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:21cr328-MHT** |
| | ) | **(WO)** |
| **JONATHAN DALE KNOTT** | ) | |

**ORDER**

In the next to final paragraph of its June 9, 2022, order declaring defendant Jonathan Dale Knott mentally competent to stand trial on the felony information against him, the court stated that "Knott was unable to understand the nature and consequences of the proceedings against him." *United States v. Knott,* No. 2:21cr328-MHT, 2022 WL 2079868, at *2 (M.D. Ala. June 9, 2022).  This was in error.  The court meant to say, instead, that Knott was *able* to understand the nature and consequences of the proceedings against him.

\*\*\*

Accordingly, it is ORDERED that the following paragraph is substituted for the next to last paragraph of the court's June 9, 2022, order (Doc. 70):

"In this case, the court found, on the basis of Dr. Kirkland's report, that Knott was able to understand the nature and consequences of the proceedings against him, and that his deficits in communication, socializing, and coping were not so severe as to render him unable to assist properly in his defense.  *See* 18 U.S.C. § 4241(a)."

DONE, this the 15th day of June, 2022.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson　
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE