IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-cr-00328-MHT |
| | ) | (WO) |
| JONATHAN DALE KNOTT | ) | |

## FINAL ORDER OF FORFEITURE

Before the court is the government's motion for a final order of forfeiture (Doc. 96).

On December 14, 2022, this court entered a preliminary order of forfeiture (Doc. 92) ordering the defendant to forfeit his interest in a Dell L502X Laptop, serial number JZ143S1, with an internal Western Digital 1000 GB hard drive, Model WD10JPLX, serial number BNJ607YE; a Western Digital My Passport 3000 GB external hard drive, Model WDBBKD0030 BBK-05, serial number WXF1E55F1T9V; and a Seagate 750 GB loose internal hard drive, model 9RT14G-031, serial number WS31P87.

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000, and the only potential claimant is the defendant. The government gave notice to the defendant in the felony information (Doc. 1) that it would seek the forfeiture of (1) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and, (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses in violation of 18 U.S.C. § 2252A(a)(5)(B).

The court finds that the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253, and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. § 2252A(a)(5)(B).

Accordingly, it is ORDERED that the government's motion for a final order of forfeiture is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253:

   a. **a Dell L502X Laptop, serial number JZ143S1, with an internal Western Digital 1000 GB hard drive, Model WD10JPLX, serial number BNJ607YE;**

   b. **a Western Digital My Passport 3000 GB external hard drive, Model WDBBKD0030 BBK-05, serial number WXF1E55F1T9V; and**

   c. **a Seagate 750 GB loose internal hard drive, model 9RT14G-031, serial number WS31P87.**

2. All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 27th day of February, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE