IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:21cr328-MHT
                            )           (WO)
JONATHAN DALE KNOTT         )
```

ORDER

Upon consideration of defendant Jonathan Dale Knott's motion to amend the conditions of his supervised release, and based on the parties' representations on the record on March 1, 2023, it is ORDERED that:

(1) The motion (Doc. 99) is granted.

(2) The conditions of defendant Knott's supervision are modified to remove the requirement that he maintain at least 30 hours a week of legal employment.  At this time, defendant Knott is focused on receiving treatment and developing independent living skills, both of which are necessary before he will be able to maintain steady employment.

(3) The conditions of defendant Knott's supervision are further modified to allow him to use computers and other devices with Internet connectivity in order to access mental-health treatment, future employment, and any other purpose expressly authorized by the Probation Department.

DONE, this the 1st day of March, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE