IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr328-MHT** |
| | ) | **(WO)** |
| **JONATHAN DALE KNOTT** | ) | |

**ORDER**

On December 14, 2022, after sentencing, the court set a status conference for March 10, 2023, "to discuss how defendant [Jonathan Dale] Knott is progressing." Order (Doc. 95). In the meantime, on March 1, the court held a status conference on a motion to modify terms of supervised release, and the court granted the motion the same day. *See* Order (Doc. 103). Because the government, defense counsel, and the supervising probation officer essentially presented on March 1 an update on how Knott is progressing, the court believes the March 10 status conference is no longer necessary.

Accordingly, it is ORDERED as follows:

(1) The March 10, 2023, status conference is cancelled, and a joint report five days before that

conference is no longer required. However, if government counsel, defense counsel, or the supervising probation officer believes the March 10 status conference is still needed, a request for such should be made forthwith.

(2) Another status conference is set for July 7, 2023, at 8:30 a.m., by telephone, to discuss how defendant Jonathan Dale Knott is progressing. Four business days before the status conference, government counsel, defense counsel, and the supervising probation officer are to file a joint report as to how defendant Knott is progressing. The courtroom deputy shall arrange for the call.

DONE, this the 2nd day of March, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**