IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:21cr328-MHT
                            )             (WO)
JONATHAN DALE KNOTT         )
```

ORDER

Based on the representations made on the record on at a status conference on July 7, 2023, it is ORDERED that:

(1) The supervising probation officer is authorized to approve or to not approve defendant Jonathan Dale Knott's current and future requests for travel outside the federal judicial district where he is authorized to reside, in order to receive medical treatment and related care.

(2) Another status conference is set for January 8, 2024, at 8:30 a.m., to discuss how defendant Knott is progressing. Four business days before the status conference, government counsel, defense counsel, and the supervising probation officer are to file a joint

report to the court on how defendant Knott is progressing. The courtroom deputy shall arrange for the conference to be held by Zoom.

DONE, this the 7th day of June, 2023.

                                          /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE