IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:21cr328-MHT
                            )            (WO)
JONATHAN DALE KNOTT         )
```

ORDER

Based on the representations made on the record on January 8, 2024, it is ORDERED that:

(1) The conditions of defendant Jonathan Dale Knott's supervision are modified such that he shall serve the remainder of his 27 months of home detention without location monitoring.

(2) The supervising probation officer is authorized, at his discretion and with the advice of Dr. Robert Babcock, to pursue efforts to return defendant Knott to the job market, re-engage him socially, and prepare him to live independently, such as by participating in religious activities, going on shopping trips, eating out, and seeing a movie.

(3) Another status conference is set for January 13, 2025, at 8:30 a.m., to discuss how defendant Knott is faring. Four business days before the status conference, government counsel, defense counsel, and the supervising probation officer are to file a joint report to the court on how defendant Knott is progressing. The courtroom deputy shall arrange for the conference to be held by Zoom.

DONE, this the 8th day of January, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**