IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:21cr328-MHT** |
| ) | **(WO)** |
| **JONATHAN DALE KNOTT** ) | |

**ORDER**

The court finding that defendant Jonathan Dale Knott is qualified for and would benefit from appointment of counsel for purposes of court proceedings related to his term of supervision, it is ORDERED that attorney Terry W. Luck is appointed as counsel for defendant Knott, nunc pro tunc, as of January 8, 2024.  *See* Minute Entry (Doc. 109).

DONE, this the 6th day of March, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**