IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr328-MHT** |
| | ) | **(WO)** |
| **JONATHAN DALE KNOTT** | ) | |

ORDER

Based on the representations made on the record on January 13, 2025, it is ORDERED that:

(1) Defense counsel and the supervising probation officer shall assist defendant Jonathan Dale Knott and his parents in filing his SSDI application within 30 days. On or before February 24, 2025, defense counsel shall file a notice notifying the court that the application was submitted.

(2) Defense counsel and the supervising probation officer shall work with Dr. Robert Babcock to assist defendant Knott in addressing the psychological issues that may be contributing to his migraine and bathroom issues, and in overcoming the anxieties that may be impeding his acquisition of a learner's permit.

(3) There is no need for the court to modify defendant Knott's access to a smartphone as the court has previously granted the supervising probation officer discretion to authorize his internet and cellphone access. *See* Order (Doc. 103).

(4) Another status conference is set for July 21, 2025, at 8:30 a.m., to discuss how defendant Knott is faring. Defense counsel shall arrange for defendant Knott and his parents to participate in the conference. Four business days before the status conference, government counsel, defense counsel, and the supervising probation officer are to file a joint report to the court on how defendant Knott is progressing. The courtroom deputy shall arrange for the conference to be held by Zoom.

DONE, this the 14th day of January, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE