IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:21cr328-MHT
                            )            (WO)
JONATHAN DALE KNOTT         )
```

                              ORDER

Based on the representations made on the record on July 21, 2025, it is ORDERED that:

(1) Defense counsel and the supervising probation officer shall assist defendant Jonathan Dale Knott and his parents in processing his SSDI application. Beginning on or before October 1, 2025, defense counsel shall file a report on the first day of every other month informing the court of the status of the application, until the application has been fully processed.

(2) Defense counsel and the supervising probation officer shall work with defendant Knott to find a replacement therapist for Dr. Robert Babcock, who passed away.

(3) Now that defendant Knott has completed his 27 months of home confinement, and is on supervised release, the parties need to devise a plan for whether and if supervision should terminate early.

(4) Another status conference is set for January 21, 2026, at 9:00 a.m., to discuss how defendant Knott is faring.  Defense counsel shall arrange for defendant Knott and his parents to participate in the conference.  Four business days before the status conference, government counsel, defense counsel, and the supervising probation officer are to file a joint report to the court on the preceding three items.  The courtroom deputy shall arrange for the conference to be held by Zoom.

DONE, this the 21st day of July, 2025.

                                     /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**