IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA   )
                           )   CRIMINAL ACTION NO.
    v.                     )       2:21cr328-MHT
                           )           (WO)
JONATHAN DALE KNOTT        )
```

## ORDER

In preparing for the status conference on January 21, 2026, now continued to February 23, 2026, the court noticed that the joint status report, filed on January 13, 2026 (Doc. 125), is inadequate. It does not contain information on how defendant Jonathan Dale Knott is faring, nor does it respond to the court's order (Doc. 120) requesting information about Knott's mental-health care and the parties' plans regarding the possible termination of supervised release.

Accordingly, it is ORDERED that, four business days before the next status conference, government counsel, defense counsel, and the supervising probation officer are to file an amended joint report addressing the following items:

(1) How defendant Jonathan Dale Knott is faring, including how he spends his days, whether he leaves the house, how his migraines are being treated and whether they are still bothering him, and whether he has made progress toward obtaining a driver's license and achieving any other self-set goals;

(2) Whether defendant Knott has found a replacement therapist, and if so, how therapy is progressing;

(3) Whether defendant Knott has obtained a mental evaluation for his social security claim; and

(4) A plan for whether and at what point supervision should terminate early.

DONE, this the 21st day of January, 2026.

                                          /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**