IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:21cr328-MHT
                            )           (WO)
JONATHAN DALE KNOTT         )
```

ORDER

Based on the representations made on the record on February 23, 2026, it is ORDERED that:

(1) Defense counsel and the supervising probation officer shall continue to assist defendant Jonathan Dale Knott and his parents in processing his SSDI application. As per the court's July 21, 2025 order (Doc. 120), defense counsel shall continue to file a report on the first day of every other month informing the court of the status of the application, until the application has been fully processed.

(2) Defense counsel shall continue to assist defendant Knott with finding a new therapist to replace the services of Dr. Babcock.

(3) The supervising probation officer shall assist defendant Knott and his parents with finding a volunteer or low-cost driving instructor.

(4) Another status conference is set for Wednesday, July 22, 2026, at 9:00 a.m., to discuss how defendant Knott is faring.  Defense counsel shall arrange for defendant Knott and his parents to participate in the conference.  Four business days before the status conference, government counsel, defense counsel, and the supervising probation officer are to file a joint report to the court on the preceding three items.  The courtroom deputy shall arrange for the conference to be held by Zoom.

DONE, this the 23rd day of February, 2026.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**