IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:21cr328-MHT
                            )            (WO)
JONATHAN DALE KNOTT         )
```

ORDER

Based on the representations made on the record on July 22, 2026, it is ORDERED that:

(1) Defense counsel and the supervising probation officer shall work quickly to identify counseling options to treat defendant Jonathan Dale Knott's Autism Spectrum Disorder (ASD). Defense counsel shall immediately contact the office of the Federal Defender for the Middle District of Alabama to inquire about potential resources. The supervising probation officer shall immediately do the same for the office of the Federal Defender for the Middle District of Georgia. The supervising probation officer shall also immediately speak with the sex-offender therapist whom defendant Knott is currently seeing and inquire whether

he can treat defendant Knott's ASD, depression or both, and, if not, whether he can help identify providers who can treat those disorders to the extent he cannot.

(2) Defense counsel shall also speak to the office of the Federal Defender for the Middle District of Alabama about options for getting help with defendant Knott's social security determination.

(3) The supervising probation officer shall also work with the Knott family on getting defendant Knott enrolled in a driver's education course.

(4) By July 29, 2026, defense counsel and the supervising probation officer shall file a report describing their progress on the above three items and the next steps they plan to take.

(5) After the court reviews the report, it will set a new status conference.

The court is taking these measures because it previously found that Knott's Autism Spectrum Disorder (ASD) and the circumstances surrounding it were a contributing factor to his illegal conduct. *See United*

*States v. Knott*, 638 F.Supp.3d 1310 (M.D. Ala. 2022) (Thompson, J.).  As such, it is important to ensure Knott has ongoing treatment for his ASD as part of his rehabilitation, which is a central goal of supervised release.

DONE, this the 22nd day of July, 2026.

    /s/ Myron H. Thompson   
UNITED STATES DISTRICT JUDGE

3