IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )       CRIMINAL ACTION NO.
    v.                      )         2:21cr328-MHT
                            )             (WO)
JONATHAN DALE KNOTT         )

ORDER

Based on the representations made in the status report filed on July 30, 2026 (Doc. 137), and to ensure that the court remains appraised of how defendant Jonathan Dale Knott is faring and the ongoing effort to find a new therapist for him, it is ORDERED that:

(1) The supervising probation officer and defense counsel shall continue to assist defendant Jonathan Dale Knott and his parents in obtaining treatment for defendant Knott's depression and autism spectrum disorder (ASD). They shall assist the Knott family with initiating treatment at the two providers identified by the supervising probation officer (River Edge Behavioral Health and Moody Behavioral

Counseling), as well as with any other suitable providers they are referred to.

(2) The supervising probation officer shall continue to assist defendant Knott with enrolling in a driver's education course.

(3) Defense counsel and the supervising probation shall continue to assist defendant Knott and his family with reapplying for social security benefits.

(4) Defense counsel and the supervising probation officer shall take any next steps identified in the status report, *see* (Doc. 137) at 4, that are not already detailed above.

(5) Another status conference is set for Wednesday, October 21, 2026, at 9:00 a.m., by videoconference, to discuss progress on the above items and to discuss how defendant Knott is faring. Defense counsel shall arrange for defendant Knott and his parents to participate in the conference. Four business days before the status conference, defense counsel and the supervising probation officer are to file a joint

report to the court detailing their progress on the preceding four items and discussing how defendant Knott is faring in general. The courtroom deputy shall arrange for the conference to be held by Zoom.

DONE, this the 30th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE