IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr328-MHT |
| | ) | (WO) |
| JONATHAN DALE KNOTT | ) | |

ORDER

Based on the representations made at the status conference on October 21, 2026, and to ensure that the court remains appraised of how defendant Jonathan Dale Knott is faring as well as the ongoing effort to find a new therapist for him, it is ORDERED that:

(1) The supervising probation officer and defense counsel shall continue to assist defendant Jonathan Dale Knott and his parents in obtaining treatment for defendant Knott's depression and autism spectrum disorder (ASD). They shall assist the Knott family if there are any barriers to initiating treatment at the Werner Behavior Health Center, and shall provide the court with a status report by January 13, 2027, on

**whether defendant Knott is receiving regular counseling for his autism spectrum disorder and depression.**

**(2) Defense counsel shall continue to assist defendant Knott and his family with reapplying for social security benefits.**

**(3) Another status conference is set for Wednesday, June 16, 2027, at 9:00 a.m., by videoconference, to discuss progress on the above items and to discuss how defendant Knott is faring. Defense counsel shall arrange for defendant Knott and his parents to participate in the conference. Four business days before the status conference, defense counsel and the supervising probation officer are to file a joint report to the court detailing their progress on the preceding two items and discussing how defendant Knott is faring in general. The courtroom deputy shall arrange for the conference to be held by Zoom.**

**DONE, this the 22nd day of October, 2026.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**